AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 25 2022
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

| | |
|---|---|
| United States of America<br>v.<br><br>Tereso TELON<br>*Defendant* | Case No. 8:22-MJ-461 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __August 23, 2022__ in the county of __St. Lawrence__ in the __NORTHERN__ District of __NEW YORK__, the defendant violated __8__ U.S.C. § __1326 (a)(1)__, offenses described as follows:

Tereso TELON, also known as Tereso TELLO, an alien and citizen of Guatemala, after having been removed from the United States, entered and thereafter was found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States.

This criminal complaint is based on these facts:

On August 23, 2022, Border Patrol Agents from the Ogdensburg Station received information from Canton Police Department regarding individuals near the Canton Bus Stop on Miner Street in Canton, New York.

At approximately 8:00 A.M., Ogdensburg Border Patrol Agents encountered several individuals who were in a Subaru with a Virginia License Plate. Agents questioned the occupants and were able to determine two of the three subjects were Guatemalan Nationals and were unable to provide documentation allowing them to be present in the United States legally. Both individuals were transported to the Ogdensburg Border Patrol Station for further investigation.

At the station, Agents identified Tereso TELON, also known as Tereso TELLO, to be a citizen of Guatemala, with no legal status to be in the United States. TELON claims he illegally entered the United States on or about October 15, 2020, near Laredo, Texas.

Fingerprints of TELON were taken utilizing the IDENT/IAFIS system and revealed he had a prior Expedited Removal under the name he gave at that time as Tereso TELLO, on August 24, 2015, and was removed from the United States on 09/10/2015 Brownsville, Texas via ICE AIR OPS. TELON has not received the express permission of the Attorney General or his successor, the Secretary of the Department of Homeland Security, to apply for readmission.

_Complainant's Signature_

Chad Kenna, Supervisory Border Patrol Agent

_Printed Name and Title_

I, the Honorable Gary L. Favro, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on August 25, 2022 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure,

Date: August 25, 2022

_Judge's signature_

City and state: Plattsburgh, New York

Gary L. Favro, U.S. Magistrate Judge, N.D.N.Y.